

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00558-CR

MUQTASID A. QADIR                                                        APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Muqtasid A. Qadir attempts to appeal from a denial of his "Third, or Successive Motion for DNA Testing," which he filed in the trial court on September 24, 2012.

On November 28, 2012, the district clerk's office informed this court that although the trial court had received the motion, it had taken no action, and there was no written order. Therefore, on November 30, 2012, we sent Qadir a letter

---

[1]*See* Tex. R. App. P. 47.4.

stating our concern that we lacked jurisdiction over the appeal because the trial court had not entered any appealable orders. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We instructed Qadir or any party desiring to continue the appeal to file a response by December 10, 2012, showing grounds for continuing the appeal or the appeal would be dismissed. *See* Tex. R. App. P. 44.3.

On December 10, 2012, Qadir filed a letter that does not show grounds for continuing the appeal. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 4, 2013

2